THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN M. DUNN and DANIEL GENTILE, Appellants.

Submitted October 22, 1948; decided November 18, 1948.

Motion for reargument granted and appeal set down for argument during the third week of the present session. [See 298 N. Y. 564.]